# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

RALEIGH SUTHERLAND,
   *Plaintiff*,

v.

NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE,
   *Defendant*,

Case No. 1:22-cv-00302-RH-ZCB

Hon. Judge Robert L. Hinkle

## [PROPOSED] ORDER

Upon consideration of Defendant National Republican Congressional Committee's Motion to Dismiss Plaintiff's Complaint, and the materials submitted in support of that Motion, the Court has determined that Defendant's Motion to Dismiss should be, and hereby is, GRANTED.

**SO ORDERED** this ___ day of _____, 2023.

_____
Hon. Judge Robert L. Hinkle
United States District Judge