IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| RALEIGH SUTHERLAND, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, <br><br> Defendant. | Case No. 1:22-cv-00302-RH-ZCB <br><br> Hon. Judge Robert L. Hinkle |

## DEFENDANT NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE'S MOTION TO STRIKE PLAINTIFF'S CLASS ACTION

Pursuant to Local Rule 23.1, Defendant National Republican Congressional Committee ("NRCC") respectfully moves for an order striking all class action allegations from Plaintiff's Amended Complaint as Plaintiff has failed to timely file a motion to certify the class. Plaintiff's motion and memorandum and evidence showing the class certification is appropriate was due on February 4, 2023, including the weekend Plaintiff's deadline was February 6, 2023, at the latest. Plaintiff missed his deadline to file.

The grounds for this motion are stated in the accompanying memorandum.

Dated: February 10, 2023                    Respectfully submitted,

  /s/ Jason Torchinsky
Jason Torchinsky (VA Bar # 47481)
Holtzman Vogel Baran Torchinsky &
Josefiak PLLC
15405 John Marshall Hwy
Haymarket, Virginia 20169
jtorchinsky@holtzmanvogel.com
(540) 341-8808 (phone)
(540) 341-8809 (fax)

Gary Perko (FL Bar # 855898)
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
gperko@holtzmanvogel.com

Dallin B. Holt (AZ Bar # 37419)*
Esplanade Tower IV
2575 East Camelback Rd
Suite 860
Phoenix, AZ 85016
dholt@holtzmanvogel.com

*pro hac vice forthcoming*

*Attorneys for Defendant National Republican Congressional Committee*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

I hereby certify that counsel for the Defendant NRCC conferred with Plaintiff in a good faith effort to resolve by agreement the issues raised in this motion. Plaintiff indicated that he would not agree to any relief sought by NRCC in this motion.

*/s/ Jason Torchinsky*
Jason Torchinsky

## CERTIFICATE OF SERVICE

I certify that on February 10, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason Torchinsky*
Jason Torchinsky
