UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

Raleigh Sutherland,

    Plaintiff,

v.

National Republican Congressional Committee,

    Defendant.

Case No. 1:22-cv-00302-RH-ZCB

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties stipulate that this action may be dismissed with prejudice, with each Party to bear its own costs and fees.

Dated: September 21, 2023

Respectfully submitted,

/s/ *John Kauffman*
John Kauffman
Florida Bar No. 538205
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Attorneys for Plaintiff Raleigh Sutherland*

/s/ *Dallin B. Holt*
Dallin B. Holt
(AZ Bar # 37419)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
Esplanade Tower IV 2575
East Camelback Road Suite 860
Phoenix, Arizona 85016
dholt@holtzmanvogel.com

Jason Torchinsky
(VA Bar # 47481)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy.
Haymarket, Virginia 20169
jtorchinsky@holtzmanvogel.com
(540) 341-8808 (phone)
(540) 341-8809 (fax)

Gary Perko
(FL Bar # 855898)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
gperko@holtzmanvogel.com

*admitted pro hac vice

*Attorneys for Defendant National Republican Congressional Committee*