IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RALEIGH SUTHERLAND,

    Plaintiff,

v.                                             CASE NO. 1:22cv302-RH-ZCB

NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE,

    Defendant.

_____/

## ORDER CLOSING THE FILE

    The parties have filed a stipulation of dismissal with prejudice. ECF No. 59. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

    SO ORDERED on September 26, 2023.

                                       s/Robert L. Hinkle
                                       United States District Judge